# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   GEORGE ROBINSON                        §
                                                §   Case No.: 04-34905
                                                §
                                                §
                                                §
         Debtor(s)                              §
------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 09/20/2004.

2) This case was confirmed on 12/09/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/14/2005.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/07/2006, 05/04/2006, 08/07/2006, 01/05/2007, 01/09/2008, 06/06/2008, 11/04/2008, 06/18/2009, 10/14/2009, 01/11

5) The case was dismissed on 04/08/2010.

6) Number of months from filing to the last payment:  65

7) Number of months case was pending:  71

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted:  NA

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================================
 Receipts:
        Total paid by or on behalf of the debtor          $    26,460.00
        Less amount refunded to debtor                    $          .00
 NET RECEIPTS                                             $    26,460.00
==================================================================================

==================================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan             $     5,482.70
        Court Costs                                       $          .00
        Trustee  Expenses and Compensation                $     1,648.29
        Other                                             $          .00

 TOTAL EXPENSES OF ADMINISTRATION                         $     7,130.99

 Attorney fees paid and disclosed by debtor               $       294.80
==================================================================================

==================================================================================
 Scheduled Creditors:

 Creditor                    Claim          Claim          Claim         Principal       Int.
   Name           Class    Scheduled       Asserted       Allowed          Paid         Paid

 AMERICAN GENERAL FIN  SECURED       NA          .00            .00            .00          .00
 NATIONAL CAPITAL MGM  SECURED    2,700.00       .00       2,700.00       2,700.00       184.64
 NATIONAL CAPITAL MGM  UNSECURED  4,711.75       .00       5,632.62       4,701.77          .00
 BENEFICIAL ILLINOIS   SECURED         NA        .00            .00            .00          .00
 DEUTSCHE BK NATL TRU  SECURED   68,903.00       .00         569.19         569.19          .00
 CAPITAL ONE BANK      UNSECURED    569.36       NA             NA             .00          .00
 CAPITAL ONE BANK      UNSECURED    569.00       NA             NA             .00          .00
 RESURGENT ACQUISITIO  UNSECURED    728.00       .00       1,134.34         946.88          .00
 ILLINOIS DEPT OD REV  UNSECURED    600.00       NA             NA             .00          .00
 CITY OF CHICAGO PARK  UNSECURED        NA       .00         850.00         709.52          .00
 ECAST SETTLEMENT COR  UNSECURED  1,064.26       .00       1,455.97       1,215.36          .00
 RESURGENT ACQUISITIO  UNSECURED    198.10       .00         841.29         702.26          .00
 T-MOBILE BANKRUPTCY   UNSECURED    669.05       .00         469.05         391.53          .00
 T MOBILE              OTHER           NA        NA             NA             .00          .00
 BENEFICIAL ILLINOIS   SECURED         NA        .00         599.38         599.38          .00
 PREMIER BANK CARD     UNSECURED        NA       .00         434.61         362.80          .00
 DEUTSCHE BK NATL TRU  SECURED         NA        .00            .00            .00          .00
 NICOR GAS             UNSECURED        NA       .00         547.27         456.83          .00
 COMMONWEALTH EDISON   UNSECURED        NA       .00         754.19         629.54          .00
 PROTECTION ONE        UNSECURED        NA       .00         841.00         702.01          .00
 RESURGENT ACQUISITIO  UNSECURED        NA       .00         728.68         608.27          .00
 ECAST SETTLEMENT COR  UNSECURED        NA       .00       4,611.06       3,849.03          .00
 ECMC                  UNSECURED        NA       .00       3,350.30            .00          .00
==================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,168.57 | 1,168.57 | .00 |
| Debt Secured by Vehicle | 2,700.00 | 2,700.00 | 184.64 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,868.57 | 3,868.57 | 184.64 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 21,650.38 | 15,275.80 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 7,130.99 |
| Disbursements to Creditors | $ | 19,329.01 |
| **TOTAL DISBURSEMENTS:** | $ | 26,460.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   08/10/2010                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**